DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KENNETH S. LANCASTER, | ) | CASE NO. 5:12 CV 2766 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| QUEST RECOVERY AND PREVENTION SERVICES, | ) ) | |
| | ) | |
| Defendant. | ) | |

For the reasons contained in the Memorandum Opinion and Order filed contemporaneously herewith, it is hereby ORDERED, ADJUDGED AND DECREED the this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) based on res judicata, but without prejudice to any state law claims plaintiff may seek to pursue. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

The Clerk is directed to mail a copy of this Judgment Entry to plaintiff at his address of record.

IT IS SO ORDERED.

November 16, 2012         s/David D. Dowd, Jr.
DATE                                     DAVID D. DOWD, JR.
                                             UNITED STATES DISTRICT JUDGE